IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MONTORIO and JAMES STANSBERRY,<br><br>  Plaintiffs,<br><br>  v.<br><br>SCHWAN FOOD COMPANY, SCHWAN'S HOME SERVICE, INC., et al.,<br><br>  Defendants.<br>_____/ | No. C 13-3486 CW<br><br>ORDER APPROVING STIPULATION<br>(Docket No. 23) |

Pursuant to the parties' stipulation of October 2, 2013, Plaintiffs' claims are hereby DISMISSED without prejudice. Each party shall bear his or its own costs. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 10/7/2013

CLAUDIA WILKEN
United States District Judge